People v Hidalgo (2025 NY Slip Op 03882)

People v Hidalgo

2025 NY Slip Op 03882

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, NOWAK, AND DELCONTE, JJ.

278 KA 23-01029

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ESTRELLITA T. HIDALGO, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ROBERT L. KEMP OF COUNSEL), FOR DEFENDANT-APPELLANT.
MICHAEL J. KEANE, DISTRICT ATTORNEY, BUFFALO (MICHAEL J. HILLERY OF COUNSEL), FOR RESPONDENT.

 Appeal from a judgment of the Erie County Court (Kenneth F. Case, J.), entered November 4, 2022. The judgment convicted defendant, upon her plea of guilty, of attempted assault in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Hidalgo ([appeal No. 1] — AD3d — [June 27, 2025] [4th Dept 2025]).
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court